**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
SOUTHWESTERN DIVISION**

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER MODIFYING CONDITIONS** |
| | ) | **OF PROBATION** |
| vs. | ) | |
| | ) | |
| Tracy Vaughn Peters, | ) | |
| | ) | Case No. 1:13-cr-085 |
| Defendant. | ) | |

On March 17, 2014, the court held a final hearing on a petition for revocation of defendant's probation. AUSA Gary Delorme appeared on the government's behalf. AFPD William Schmidt appeared on defendant's behalf. During the hearing, defendant admitted allegation 2 in the petition. The court finds the admission was made knowingly, voluntarily and upon advice of counsel. Allegation 1 was dismissed.

Based on defendant's admission, the court **ORDERS** defendant's special conditions of supervision **MODIFIED** to include the following additional conditions:

1.    Defendant shall contact an appropriate person regarding the commencement of his court-ordered counseling within 10 days of the filing of this order.

2.    Defendant shall commence his court-ordered counseling within 30 days of the filing of this order unless there is good reason for his failure to do so.

3.    Defendant shall not contact Astrid Defender by any means, including in person, by mail or electronic means, or via third parties without written permission of the Court. If any contact occurs, the defendant shall immediately leave the area of contact, and immediately report the contact to the probation officer.

All previously imposed conditions remain in effect.

Dated this 17th day of March, 2014.

/s/ Charles S. Miller, Jr.
Charles S. Miller, Jr., Magistrate Judge
United States District Court